UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) Case No. 1:20-cv-01053 <br> ) <br> ) Judge J. Philip Calabrese |
| Plaintiff and <br> Counterclaim-Defendant, | ) <br> ) <br> ) |
| v. | ) <br> ) <br> ) |
| DILLE ROAD RECYCLING, LLC, | ) |
| Defendant and <br> Counterclaim-Plaintiff. | |

## JUDGMENT ENTRY

The Court filed its Opinion and Order in this matter. Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: December 6, 2022

J. Philip Calabrese United
States District Judge
Northern District of Ohio