# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) Case No. 1:20-cv-1053 |
| Plaintiff and Counterclaim-Defendant, | ) ) Judge J. Philip Calabrese ) ) Magistrate Judge ) Jonathan D. Greenberg |
| v. | ) ) |
| DILLE ROAD RECYCLING, LLC, | ) ) ) |
| Defendant and Counterclaim-Plaintiff. | |

## JUDGMENT ENTRY

For the reasons set forth in its separate Opinion and Order entered on September 24, 2025, the Court concludes that federal law preempts any State-law adverse possession or prescriptive easement claims allegedly possessed by or threatened to be filed by Dille Road Recycling, LLC and that Dille Road Recycling, LLC is, therefore, barred from proceeding on such claims.

Having filed its Opinion and Order in this matter, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: September 24, 2025

/s/ J. Philip Calabrese
_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio

2